```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
                    TEXARKANA DIVISION
```

TAREYTON LEE              §
VS.                       §   CIVIL ACTION NO. 5:13cv53
DIRECTOR, TDCJ-CID        §

## MEMORANDUM OPINION REGARDING VENUE

Tareyton Lee, an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

Petitioner states that in 2009, he was convicted of assault on a public servant in the 156th District Court of Bee County, Texas.  He was sentenced to 25 years imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined.  Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated.  Section 2241(d) further provides that a district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Bee County, Texas.  Pursuant to 28 U.S.C. § 124, Bee County is in the Corpus Christi Division of

the United States District Court for the Southern District of Texas.  As all records and witnesses involving this action may be located in the Southern District, the transfer of this action to such district would further justice.

Accordingly, this case will be transferred to the Corpus Christi Division of the United States District Court for the Southern District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED this 29th day of May, 2013.**

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE